MTDA 1213.000012X

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-70229-HDH-13 |
| | DATED: September 19, 2013 |
| **MICHAEL DWAYNE PAGE** | HEARING DATE: September 18, 2013 |
| | HEARING TIME: 10:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES" without prejudice for the Motion dated 07-31-2013.

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss and/or Reduce Debtor's Attorney Fees was this date served on the following parties electronically or by U.S first class mail:

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| | |
|---|---|
| Debtor Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS TX 76301-0000 | United States Trustee<br>William T. Neary<br>1100 Commerce Street, Rm9C60<br>Dallas, TX 75242 |
| Debtor1:<br>MICHAEL DWAYNE PAGE<br>5129 OLD JACKSBORO HWY<br>WICHITA FALLS TX 76301 | Debtor 2: |